**Mary F. BEARD, Widow of Boyd T. Beard, Petitioner,**

v.

**UNITED STATES STEEL CORPORATION; Director, Office of Workers' Compensation Programs, Respondents.**

**No. 07–1091.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2007.

Decided: Aug. 16, 2007.

Larry L. Rowe, Kelly Elswick–Hall, Larry L. Rowe, Attorneys at Law, Charleston, West Virginia, for Petitioner. Howard G. Salisbury, Jr., Kay Casto & Chaney PLLC, Charleston, West Virginia, for Respondent United States Steel.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary F. Beard, widow of Boyd T. Beard, seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is

based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *Beard v. U.S. Steel Corp.*, Nos. 05–945–BLA; 04–6291–BLA (BRB Aug. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*